WR-82,828-01



# KATHLEEN A. HAMILTON
## State District Judge, 359th. Judicial District
207 W. Phillips, Suite 305
Conroe, Texas 77301
(936) 539-7900, fax (936) 538-8187

September 21, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

September 21, 2015

ABEL ACOSTA, CLERK

Honorable Judges of the Court
    of Criminal Appeals
Supreme Court Building
201 West14th Street, Room106
Austin, Texas 78701
*via email Abel.Acosta@txcourtsgov*

    RE:    Request to Extend Time to Produce Record in the Hearing
of the Writ of Habeas Corpus *Rodney Young Anderson v. The State of Texas,*
Cause No. 09-07-07255-CR

Dear Honorable Judges,

    I am respectfully requesting an extension of two (2) weeks, until 5 p.m. on Monday, October 5, 2015, for the production of the record of the hearing in the Writ of Habeas Corpus on the above-named defendant.

    This Court ordered that this trial court conduct a hearing on the Writ of Habeas Corpus filed by the defendant, complete Findings of Facts and Conclusions of Law, and produce the documents and record from the Court Reporter by a certain date. On June 16, 2015, this Court granted the Applicant's request for additional time for the trial court to file the supplemental record and the Court ordered that it be filed no later than September 21, 2015.

    The hearing comprised more than eleven (11) hours of evidence, and was conducted on these dates and times:

    Wednesday, May 27, 2015-10:40 am- 12:30 pm, 1:30 pm-4:40 pm;
    Tuesday, August 18, 2015- phone conference, 4:30 pm-5:15 pm (Applicant's attorneys are in San Antonio and not able to be present except by phone);
    Friday, August 21, 2015- 9 am- 2:30 pm (no lunch break)

    The hearing was conducted and this court prepared Findings of Court and Conclusions of Law. The court reporter's record of testimony alone is over three hundred (300) pages. Within

---

the past week, she has also produced the record of a lengthy murder jury trial for an appeal, *State v. Toriano Freeman*, pending in the 9th Court of Appeals. This court will be "quiet" for several days next week as I attend the annual Judicial Conference in Dallas. My court reporter, Darlene Forville, has requested two additional weeks to complete the record.

Thank you for your consideration of this request!

Sincerely,

Kathleen A. Hamilton
Judge, 359th District Court